UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICROCHIP TECHNOLOGY INC., a corporation;<br><br>                    Petitioner,<br>    vs.<br><br>CORTUS S.A.S., a corporation,<br><br>                    Respondent. | CASE NO.: 2:22−cv−01047−PA (KSx)<br><br>**JUDGMENT CONFIRMING ARBITRATION AWARD DATED OCTOBER 12, 2021** |

Petitioner Microchip Technology Inc. ("Petitioner" or "Microchip") brought the present Petition against Respondent Cortus S.A.S. ("Respondent" or "Cortus") to Confirm the Arbitration Award dated October 12, 2021.

On February 16, 2022, Microchip filed a Petition to Confirm the Arbitration Award Dated October 12, 2021 Pursuant to Section 9 of The Federal Arbitration Act ("Petition"). Respondent Cortus waived its right to contest or oppose the confirmation of the Arbitration Award by failing to move to vacate, modify, or correct the Arbitration Award within three months following the delivery of the Arbitration Award as provided under 9 U.S.C. § 12. On March 15, 2022, Respondent Cortus filed its Statement of Non-Opposition to Microchip's Petition.

After considering Microchip's Petition and Respondent's Statement of Non-Opposition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Microchip's Petition to Confirm the Arbitration Award Dated October 12, 2021 is GRANTED.

2. Final Judgment is entered in favor of Microchip Technology Inc. and against Cortus S.A.S., with prejudice, as follows:

   A. The License, Settlement and Release Agreement effective July 8, 2019 and entered into by and between Microchip, Microsemi Corp - Analog Mixed Signal Group, and Cortus, bars Cortus' lawsuit against Microchip filed in the United States District Court for the District of Delaware, entitled *Cortus S.A.S. v. Microchip Technology Incorporated, et al.*, C.A. No. 20-1406-RGA in its entirety, specifically including Cortus' claims that Microchip's devices sold under Part Nos. ATWILC1000, ATWILC1000A, ATWINC1500, ATWINC1500A, ATWIN1510B, ATWILC3000, and ATWINC3400 infringe Cortus' Intellectual Property Rights;

   B. Microchip shall recover from Cortus ICC costs in the amount of $20,000.00; and,

        C.      Microchip shall recover from Cortus legal fees and costs in connection with the underlying arbitration in the amount of $284,077.14.

**IT IS SO ORDERED.**

DATED: April 6, 2022            _____
                                              PERCY ANDERSON
                                      UNITED STATES DISTRICT JUDGE